IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:11-cr-00179-GSA |
| | ) | |
| vs. | ) | ORDER OF RELEASE |
| | ) | |
| DANNY GUILLERMO | ) | |
| Defendant. | ) | |
| | ) | |

The above named defendant has been Ordered Released after an Amended Judgment was imposed on November 20, 2012 by U.S. Magistrate Judge Barbara A. McAuliffe, by agreement between Government, defendant and defense counsel.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Amended Judgment and Commitment order to follow.

DATED: November 20, 2012

                    /s/ Barbara A. McAuliffe
                    BARBARA A. McAULIFFE
                    U.S. Magistrate Judge

12/6/06 ordrelease.form

1